*Young, pro se.* *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon Ulman* for respondent.

No. 1209. BURALL *v.* JOHNSTON, WARDEN. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Wayne M. Collins* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 1212. BANGHART *v.* UNITED STATES. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Basil Banghart, pro se.* *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 1228. COFFIN *v.* REICHARD. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Lyman Glover Coffin, pro se.* *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 1244. OXMAN *v.* UNITED STATES. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Maxwell P. Oxman, pro se.* *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon Ulman* for the United States.